SINGER v. LIVINGSTON CIRCUIT JUDGE.

BAETCKE v. SAME.

BILL OF EXCEPTIONS—SETTLEMENT—EXTENSION OF TIME.
  Under Circuit Court Rule No. 47, an *ex parte* order extending
  the time for settling a bill of exceptions, granted more than
  80 days after entry of judgment, without cause shown by
  affidavit, is unauthorized.                                    ●

*Mandamus* by Anna Singer, and by Gustav J.
Baetcke and another, respectively, to compel Stearns F.
Smith, circuit judge of Livingston county, to vacate orders
extending the time for settling bills of exceptions. Sub-
mitted June 7, 1898. Writs granted June 8, 1898.

*William P. Van Winkle* and *Judd Yelland*, for
relators.

*Dennis Shields* and *B. T. O. Clark*, for respondent.

PER CURIAM. In these cases, after the expiration of
more than 80 days from the entry of the judgments, the
court entered *ex parte* orders extending the time to settle
bills of exceptions. These orders were granted without
any affidavits or notices of motions to the opposite side.
The orders were without authority, under Cir. Ct. Rule
No. 47, and *Lake Shore, etc., R. Co.* v. *Branch Circuit
Judge*, 116 Mich. 399.

A writ of *mandamus* will issue in each case.